No. 121, Misc. TAYLOR *v.* DENNIS, WARDEN. Motion for leave to file petition for writ of certiorari granted. Petition for writ of certiorari granted. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *Nesbitt Elmore, Thurgood Marshall, Marian Wynn Perry* and *Frank D. Reeves* for petitioner.

*A. A. Carmichael,* Attorney General of Alabama, *Bernard F. Sykes* and *James L. Screws,* Assistant Attorneys General, for respondent.